UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF BARNSTABLE, MASSACHUSETTS,<br><br>Defendant. | Civil Action No. 1:24-cv-11886-ADB |

## CONSERVATION LAW FOUNDATION'S LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts, Plaintiff Conservation Law Foundation, Inc. certifies the following:

(A) Plaintiff and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(B) Plaintiff and its counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Date: September 11, 2025                                     Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.,

/s/ Katrina Jean Myers
Katrina Jean Myers (*pro hac vice*)
Conservation Law Foundation, Inc.
235 Promenade St Suite 560
Providence, RI 02908
Tel: (401) 228-1907
E-mail: kmyers@clf.org

Ameya Gehi (BBO #709194)
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
Tel: (617) 850-1795
Email: agehi@clf.org.

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2025, the foregoing Certification of Conferment was filed through the Court's electronic case filing system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

      Dated: September 11, 2025

      /s/ Katrina Jean Myers
      Katrina Jean Myers